In the Matter of MEDIO SIZE DRESS COR-PORATION, Bankrupt. Shirley Silk Co., Inc., Appellant, Irving Trust Company, Appellee.

No. 481.

Circuit Court of Appeals, Second Circuit.
July 9, 1934.

Otto A. Samuels, of New York City (Samuel Sturtz, of New York City, of counsel), for appellant.

Hahn, Abeson & Golin, of New York City (Julius J. Abeson, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

John MOBLEY, Appellant, v. UNITED STATES of America, Appellee.

No. 7406.

Circuit Court of Appeals, Ninth Circuit.
Sept. 5, 1934.

Rocius H. Back, of Vancouver, Wash., for appellant.

J. Chas. Dennis, U. S. Atty., of Seattle, Wash., and Owen P. Hughes, Asst. U. S. Atty., of Tacoma, Wash.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.
Upon consideration of transcript of record, and briefs filed and oral arguments had, it is ordered that the judgment of the District Court herein be affirmed, that a judgment be filed and entered accordingly, and the mandate of this court issued as provided for in rule 32.

Clarence B. MOORE, Appellant, v. A. C. AD-ERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7166.

Circuit Court of Appeals, Fifth Circuit.
Oct. 6, 1934.

In forma pauperis.

Clarence B. Moore, of Atlanta, Ga., in pro. per.

H. T. Nichols, Sp. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

OIL WELL SUPPLY COMPANY et al. v. WASHOMA PETROLEUM COMPANY.

No. 1076.

Circuit Court of Appeals, Tenth Circuit.
July 20, 1934.

J. H. Foster, of Dallas, Tex., and Ayres, Cowan, McCorkle & Fair, of Wichita, Kan., for appellants.

Vermilion, Evans, Carey & Lilleston, of Wichita, Kan., and Albert L. McRill, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.